# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **PHIL L. BENNETT,** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| v. | §   EP-20-CV-48-KC |
| | § |
| **PORTFOLIO RECOVERY** | § |
| **ASSOCIATES, LLC,** | § |
| | § |
| **Defendant**. | § |

## ORDER

On this day, the Court considered the parties' Stipulation of Dismissal.  ECF No. 16.  In accordance with Federal Rule of Civil Procedure 41(a) and the terms of the Proposed Order, it is hereby **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice**.**

**IT IS FURTHER ORDERED** that all pending motions in this case are hereby **DENIED** as moot.

**IT IS FURTHER ORDERED** that all costs and attorneys' fees shall be paid by the party incurring same.

The clerk shall close the case.

**SO ORDERED**.

**SIGNED this 25th day of August, 2020.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE